

AlaFile E-Notice

61-CV-2017-900179.00

To: LEADEC, LP
N'TL REGISTERED AGENTS
2 N. JACKSON ST #605
MONTGOMERY, AL, 36104

---

## NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA

JEANNE THOMPSON V. LEADEC, LP
61-CV-2017-900179.00

The following complaint was FILED on 6/13/2017 10:12:53 AM

Notice Date:   6/13/2017 10:12:53 AM

BRIAN YORK
CIRCUIT COURT CLERK
TALLADEGA COUNTY, ALABAMA
P O BOX 6137
TALLADEGA, AL, 35160

256-761-2102
brian.york@alacourt.gov



EXHIBIT 1

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>61-CV-2017-900179.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA**
**JEANNE THOMPSON V. LEADEC, LP**

**NOTICE TO:** LEADEC, LP, N'TL REGISTERED AGENTS 2 N. JACKSON ST #605, MONTGOMERY, AL 36104
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), LINDSEY O'Dell Simmons
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 5300 Cahaba River Rd Ste 100, BIRMINGHAM, AL 35243
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JEANNE THOMPSON pursuant to the Alabama Rules of the Civil Procedure.
*[Name(s)]*

| 6/13/2017 10:12:53 AM | /s/ BRIAN YORK | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.  /s/ LINDSEY O'Dell Simmons
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)*   *(Name of County)*

Alabama on _____
*(Date)*

*(Address of Server)*

_____   _____
*(Type of Process Server)*   *(Server's Signature)*

*(Server's Printed Name)*   *(Phone Number of Server)*

DOCUMENT 1

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev.3/99 | **COVER SHEET<br>CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Date of Filing:<br>06/13/2017 | Judge Code: |

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA
JEANNE THOMPSON v. LEADEC, LP

| First Plaintiff: | ☐ Business  ☑ Individual  ☐ Government  ☐ Other | First Defendant: | ☑ Business  ☐ Individual  ☐ Government  ☐ Other |

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:_____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☑ CVXX - Miscellaneous Circuit Civil Case

| ORIGIN: | F ☑ INITIAL FILING | A ☐ APPEAL FROM DISTRICT COURT | O ☐ OTHER |
| | R ☐ REMANDED | T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT | |

HAS JURY TRIAL BEEN DEMANDED? ☑ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

RELIEF REQUESTED: ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

ATTORNEY CODE: HIL055    Date 6/13/2017 10:12:41 AM    Signature of Attorney/Party filing this form /s/ LINDSEY O'Dell Simmons

MEDIATION REQUESTED: ☐ YES ☐ NO ☑ UNDECIDED

ELECTRONICALLY FILED
6/13/2017 10:12 AM
61-CV-2017-900179.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

ELECTRONICALLY FILED
6/13/2017 10:12 AM
61-CV-2017-900179.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA, ALABAMA

| | |
|---|---|
| JEANNE THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NUMBER:_____ |
| ) | |
| LEADEC, LP, a corporation; ) | |
| and X, Y, and Z, those individuals, ) | |
| partnerships, firms, or ) | |
| corporations doing business as the named ) | |
| defendant, whose names will be added by ) | |
| amendment, the employer defendant ) | |
| within the meaning of the ) | |
| Workmen's Compensation ) | |
| Law of Alabama at the time the plaintiff ) | |
| was injured as described herein, ) | |
| ) | |
| Defendants, ) | |

## COMPLAINT

## COUNT I

1. Plaintiff, Jeanne Thompson is over the age of 19 years. At the time of the occurrence made the basis of this Complaint, Plaintiff was employed by the defendant, which is a legal entity doing business in Talladega County, Alabama. The occurrence made the basis of this lawsuit, to-wit: the termination of the plaintiff's employment, occurred in Talladega County, Alabama.

2. Plaintiff was injured on the job on or about April 5, 2017 as the result of an accident arising out of and in the course and scope of her employment. She suffered injuries to her left shoulder, left arm, and various other parts of her body.

3. The defendants were on actual notice of said accident and resultant injuries, and that the plaintiff claimed or sought workers' compensation benefits as a result thereof. In fact, the

1

plaintiff initially treated or exercised rights under said Act by requesting of the facility management in Talladega County that she be provided with medical treatment for her job injuries.

4. On or about April 19, 2017, truly in retaliation for the plaintiff seeking or receiving workers' compensation benefits, the defendants fired Plaintiff, yet giving purely false and pre-textual reasons for the termination of her employment. As such, the defendants have violated Alabama Code §25-5-11.1.

5. As a result of that firing, the Plaintiff was forced to lose wages and the benefits of her employment, to have her employment record tarnished, and was caused to suffer humiliation, economic distress, embarrassment, and suffer mental anguish.

WHEREFORE, plaintiff demands judgment against the defendants in an amount to be determined by a jury in compensatory and punitive damages, plus interest and costs of court.

## COUNT II

6. Plaintiff adopts and realleges paragraphs 1-5.

9. Defendants X, Y, and Z are those parties guilty of the matters set forth above causing the plaintiff damages set forth above.

WHEREFORE, plaintiff demands judgment against the defendants in an amount to be determined by a jury in compensatory and punitive damages, plus interest and costs of court.

/s/ Lindsey O. Simmons
Lindsey O. Simmons (HIL055)
Attorney for Plaintiff, Jeanne Thompson

**OF COUNSEL:**

2

KING SIMMONS, P.C.
5300 Cahaba River Rd., Ste. 100
Birmingham, Alabama 35243
(205) 871-1310
(205) 871-1370 Facsimile

**\*\*PLAINTIFF DEMANDS TRIAL BY STRUCK JURY\*\***

/s/ Lindsey O. Simmons
Of Counsel

**SERVE DEFENDANT BY CERTIFIED MAIL AT:**

Leadec, LP
c/o National Registered Agents, Inc.
2 North Jackson Street, Ste. 605
Montgomery, AL 36104

ELECTRONICALLY FILED
6/13/2017 10:12 AM
61-CV-2017-900179.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

## IN THE CIRCUIT COURT OF TALLADEGA, ALABAMA

| | |
|---|---|
| JEANNE THOMPSON,   )<br>                               )<br>   Plaintiff,                )<br>                               )<br>vs.                          )<br>                               )<br>LEADEC, LP, a corporation;   )<br>and X, Y, and Z, those individuals, )<br>partnerships, firms, or      )<br>corporations doing business as the named )<br>defendant, whose names will be added by )<br>amendment, the employer defendant )<br>within the meaning of the    )<br>Workmen's Compensation       )<br>Law of Alabama at the time the plaintiff )<br>was injured as described herein, )<br>                               )<br>Defendants,                  )   | CIVIL ACTION NUMBER:_____ |

### PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION TO DEFENDANTS

COMES NOW the Plaintiff, through counsel, and propounds herewith Plaintiff's First Interrogatories and Request for Production to the Defendant, to be answered in a timely fashion:

### *INTERROGATORIES*

1. State the name, address, and job title of each person who answered or provided information for these responses.

2. State the name, address, and job title of every person involved in the termination of the Plaintiff's employment (or the decision that she was terminated), and state the role played by each in carrying out the termination (or the decision that the Plaintiff's employment was terminated).

3. For each discussion had with the Plaintiff to this Defendant's knowledge by any supervisory or management employee of this Defendant following the work injury to the

Plaintiff as described in the Complaint, and which such discussions involved the Plaintiff's job injuries, her medical treatment or physical condition, or her employment, state:

   a) The date and substance of each conversation;

   b) The names of every person who, to your knowledge, heard any part of said conversation;

   c) The reason and means (i.e., personal, telephone, etc.) for said conversation.

4. If there were any periods of time wherein no workers' compensation indemnity benefits were paid to the Plaintiff during any period following the injuries described in the Complaint, state all reasons why.

5. State all reasons why the Plaintiff's employment was terminated.

6. Describe with the same particularity as requested in #3 every conversation had to your knowledge by any of your employees with any doctor or health care provider's staff who treated the Plaintiff for the injuries described in the Complaint.

7. Identify by name, address, and telephone number every employee of yours in Alabama who, within the last 5 years, sought or received a workers' compensation benefit from you (indemnity or medical), and was terminated for any reason (voluntarily or involuntarily), within twelve (12) months of seeking or receiving a workers' compensation benefit from you.

8. If you are not correctly identified in the Complaint, state the correct legal name of the Plaintiff's employer on the date sge was terminated, as well as the correct corporate name and address of any parent or subsidiary corporations.

9. Identify by name and address any company or self-insurance fund that provided workers' compensation insurance or served as a third-party administrator for you in the last five (5) years.

10. State the names of all insurers, and the liability coverage limits for each, from whom you have made claim for coverage for this lawsuit.

   a) Produce a copy of each such policy.

11. Regarding any persons who have knowledge of the job accident referred to in Plaintiff's complaint:

   a) Provide the names, addresses, last known employers, and phone numbers of such persons.

   b) Relate the substance/extent of their knowledge, as you understand it, of the accident and/or the situation surrounding such.

   c) Relate when such knowledge came to Defendant's attention.

12. Regarding the program described in Request for Production #10, below, describe:

   a) The name and job title of each person who conceived and implemented the program;

   b) The terms of the program;

   c) Whether, following the accident and injury affecting the Plaintiff as described in the Complaint, your employees remained eligible for the incentives;

   d) Whether the terms of the program changed following the injury sustained by the Plaintiff;

   e) With what frequency workers were reminded of the program.

13. At each time the Plaintiff was injured as described in the Complaint, state:

   a) What the Plaintiff's rate of pay was;

   b) What company-paid benefits the Plaintiff was receiving or eligible for.

14. Identify by name, address, and job title the supervisory chain of command on the date the Plaintiff's employment ended, from the Plaintiff to the highest ranking officer of the company.

15. Identify by name and address all officers and directors of this company who live in Alabama. This is for the purpose of voir dire.

16. Describe to the best of your understanding how the Plaintiff was injured as alleged in the Complaint, and identify by name, address, and job title all persons whom you believe to have witnessed those accidents.

17. State the amount, person to whom paid, and date paid of every medical bill paid through your workers' compensation for the injury resulting from the accidents described in the complaint, as well as the amount of indemnity benefits paid (to include temporary total and/or partial disability payments as well as permanent partial/total disability payments) to the Plaintiff.

18. Regarding anything that the plaintiff said or did in response or reaction to any disciplinary or termination meetings or encounters, state your best understanding of what was said or done, and identify by name, last known address, and job title all witnesses to what was said or done.

## REQUESTS FOR PRODUCTION

1. Produce any documents, records, recordings, memorandums, or statements in the Defendant's possession pertaining to any such information provided in response to the preceding interrogatories.

2. Produce a copy of the complete personnel file of the Plaintiff, as well as copies of all disciplinary records, medical records, or documents of any description referring to the Plaintiff that were not produced by or at the direct instruction of an attorney.

3. Produce copies of all documents or e-mails generated prior to the filing of this lawsuit, and not addressed to or from a lawyer, memorializing any conversation with the Plaintiff or with any doctor or doctor's employee with whom you spoke about the Plaintiff.

4. Produce copies of all memos, documents, or other material making reference to any incentive program whereby employees would be eligible for awards, prizes or other items if lost-time accidents or job accidents were avoided.

5. Produce a copy of any employee handbook or manual in effect at the time the Plaintiff's employment ended.

6. Produce copies of all documents provided to you by any workers' compensation insurance company, self-insured fund, or third-party administrator pertaining to the handling or investigation of workers' compensation claims generally (i.e., not information pertaining to a specific claim), or setting forth suggestions or advice on minimizing the company's economic losses in the event of a workers' compensation claim.

7. Produce copies of all documents showing the amounts paid by you or on your behalf for workers' compensation indemnity and medical benefits in Alabama for each of the last five (5) years. **If you are self-insured for workers' compensation in Alabama, the Department of Industrial Relations send out Assessment forms annually to you that contains this information.**

8. Produce copies of all documents showing the annual cost of your workers' compensation insurance in Alabama for the last five (5) years. Alternatively, if are self-insured,

produce copies of the Assessment forms sent to you annually for the last five (5) years by the Department of Industrial Relations.

9. Produce copies of any correspondence between you and any health care provider, workers' compensation insurance carrier (or self-insured fund), or third-party administrator pertaining to the Plaintiff.

10. Produce copies of all memos, documents, or other material making reference to any incentive program whereby employees would be eligible for awards, prizes or other items if lost-time accidents or job accidents were avoided.

11. Produce copies of all signed, written, or recorded statements of the Plaintiff.

12. Produce copies of all correspondence or other documents mailed by you to the Plaintiff at any time.

13. Please produce copies of all rules, regulations, policies or procedures, written or otherwise, maintained by this Defendant from the date of Plaintiff's hire until the present as involves terminating or separating employees from employment.

14. Produce copies of all documents filed by you or on your behalf with any state or federal governmental department, agency, or bureau pertaining to the termination of the Plaintiff's employment or pertaining to her job injury.

15. Produce copies of all documents showing the formulas for how bonuses are calculated for management level employees at the facility where the Plaintiff was employed.

16. Produce copies of any signs or postings in the workplace at the facility where the Plaintiff was employed that refers specifically or generally to the number of days or hours that have been worked without a job injury.

17. Produce copies of all documents sent by you to or received by you from the Alabama

Department of Industrial Relations pertaining to the Plaintiff's claim for unemployment compensation.

18. Produce any and all documents evidencing the Defendant's company policies, rules, and guidelines, policies, or procedures which Defendant relied upon or acted pursuant thereof in terminating the Plaintiff's employment (or viewing it as terminated).

19. Please produce all audio and video of any disciplinary and termination meetings or encounters with the plaintiff, as well as any audio or video of the plaintiff's departure from any meetings or encounters.

/s/ Lindsey O. Simmons
Lindsey O. Simmons   (HIL055)
Attorney for Plaintiff

**OF COUNSEL:**

**KING SIMMONS, P.C.**
5300 Cahaba River Road, Suite 100
Birmingham, AL  35243
(205) 871-1310

**\*\*PLEASE SERVE ALONG WITH COMPLAINT\*\***

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>61-CV-2017-900179.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA**
**JEANNE THOMPSON V. LEADEC, LP**

**NOTICE TO:** VIUS SERVICES CORP., C/O CORP. SVC. CO., INC. 641 S. LAWRENCE ST., MONTGOMERY, AL 36104
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
LINDSEY O'Dell Simmons
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 5300 Cahaba River Rd Ste 100, BIRMINGHAM, AL 35243
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THOMPSON JEANNE
pursuant to the Alabama Rules of the Civil Procedure.                                     *[Name(s)]*

| 6/26/2017 2:27:43 PM | /s/ BRIAN YORK | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ LINDSEY O'Dell Simmons
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
in _____ County,
*(Name of Person Served)*    *(Name of County)*
Alabama on _____.
*(Date)*

_____    _____    _____
*(Type of Process Server)*    *(Server's Signature)*    *(Address of Server)*

_____    _____
*(Server's Printed Name)*    *(Phone Number of Server)*

ELECTRONICALLY FILED
6/26/2017 2:27 PM
61-CV-2017-900179.00
CIRCUIT COURT OF
TALLADEGA COUNTY, ALABAMA
BRIAN YORK, CLERK

IN THE CIRCUIT COURT OF TALLADEGA, ALABAMA

| | |
|---|---|
| JEANNE THOMPSON,   )<br>   )<br>    Plaintiff,   )<br>   )<br>vs.   )<br>   )<br>LEADEC, LP, a corporation;   )<br>and X, Y, and Z, those individuals,   )<br>partnerships, firms, or   )<br>corporations doing business as the named   )<br>defendant, whose names will be added by   )<br>amendment, the employer defendant   )<br>within the meaning of the   )<br>Workmen's Compensation   )<br>Law of Alabama at the time the plaintiff   )<br>was injured as described herein,   )<br>   )<br>    Defendants,   )  | CIVIL ACTION NUMBER:_____ |

## AMENDED COMPLAINT

Comes now the Plaintiff, Jeanne Thompson, by and through her counsel of record and amends her complaint as follows:

1. Plaintiff hereby substitutes Vius Services Corp. for the incorrectly named defendant, Leadec, LP, and realleges and asserts all the allegations of her complaint against Vius Services Corp., as if fully set out herein.

2. Plaintiff requests that this Honorable Court dismiss all claims made against Leadec, LP

WHEREFORE, Plaintiff respectfully requests that the Clerk serve a copy of the Amended Complaint and the initial Complaint on Vius Services Corp. by certified mail as set forth below.

/s/ Lindsey O. Simmons
Lindsey O. Simmons (HIL055)

<u>**OF COUNSEL:**</u>
**KING SIMMONS, P.C.**
5300 Cahaba River Road, Suite 100
Birmingham, AL 35243
(205) 871-1310
(205) 871-1370 Facsimile

**\*\*PLAINTIFF DEMANDS TRIAL BY STRUCK JURY\*\***

                                              <u>/s/ Lindsey O. Simmons</u>
                                              **Of Counsel**

<u>**SERVE DEFENDANT BY CERTIFIED MAIL AT:**</u>

Vius Services Corp.
c/o Corporation Service Co., Inc.
641 South Lawrence St.
Montgomery, AL 36104

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>**61-CV-2017-900179.00** |
|---|---|---|

### IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA
### JEANNE THOMPSON V. LEADEC, LP

**NOTICE TO:** LEADEC, LP, NTL REGISTERED AGENTS 2 N. JACKSON ST 6605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), LINDSEY O'Dell Simmons

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 6300 Cahaba River Rd Ste 100, BIRMINGHAM, AL 35243

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JEANNE THOMPSON pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 6/13/2017 10:12:53 AM | /s/ BRIAN YORK | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ LINDSEY O'Dell Simmons
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____
*(Name of Person Served)*   *(Name of County)*
*(Date)*

_____    _____    *(Address of Server)*
*(Type of Process Server)*   *(Server's Signature)*

_____    _____
*(Server's Printed Name)*    *(Phone Number of Server)*

**61-CV-2017-900179.00**
JEANNE THOMPSON V. LEADEC, LP

C001 - JEANNE THOMPSON      v.      D001 - LEADEC, LP
*(Plaintiff)*                              *(Defendant)*

**SERVICE RETURN COPY**

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>61-CV-2017-900179.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF TALLADEGA COUNTY, ALABAMA
### JEANNE THOMPSON V. LEADEC, LP

**NOTICE TO:** VIUS SERVICES CORP., C/O CORP. SVC. CO., INC. 641 S. LAWRENCE ST., MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), LINDSEY O'Dell Simmons                                                                                                              ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 5300 Cahaba River Rd Ste 100, BIRMINGHAM, AL 35243                                                     .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of THOMPSON JEANNE
pursuant to the Alabama Rules of the Civil Procedure.                                                                                *[Name(s)]*

| 6/26/2017 2:27:43 PM | /s/ BRIAN YORK | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ LINDSEY O'Dell Simmons
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .
                                                                                                                           *(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
*(Name of Person Served)*         *(Name of County)*

Alabama on _____ .
                              *(Date)*

| | | (Address of Server) |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

**61-CV-2017-900179.00**
JEANNE THOMPSON V. LEADEC, LP

| C001 - THOMPSON JEANNE | v. | D002 - VIUS SERVICES CORP. |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |



**SERVICE RETURN COPY**